IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00471-LTB-PAC

DANIEL B. TAYLOR,

    Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Joint Motion for Protective Order Concerning Confidential Information [filed April 23, 2007; Doc. No. 11] is **GRANTED.** The Stipulated Protective Order Concerning Confidential Information is made an Order of the Court this date.

Dated: April 26, 2007